(44 South. 705.)

No. 16,813.

FITZPATRICK v. LETTEN et al.

In re FITZPATRICK.

(Oct. 8, 1907.)

Application by John Fitzpatrick for a writ of mandamus in an action by said Fitzpatrick against Charles E. Letten and others. Petition dismissed, and demand denied.

Dinkelspiel, Hart & Davey, Edward Rightor, John Patrick Sullivan, and Arthur Landry, for relator. E. Howard McCaleb and George W. Flynn, for defendant Virginia Reed.

BREAUX, C. J. Applicant's petition considered; the order being interlocutory from which he asks to appeal. Under established jurisprudence, there is no need of, and no right to, an appeal from the interlocutory order permitting the party to bond, on sufficient bond to amply protect plaintiff.

Applicant's petition and his demand are dismissed.

NICHOLLS, J., concurs in the decree.